**SEALED**


FILED
Jul 20, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00145-ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JOSE ANTONI VIEYRA, JORGE GONZALEZ, ALEXANDER ALVES, AND STEVEN MCTHAY, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 20, 2023, charging the above defendants with violations of 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm/Ammunition; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl and Methamphetamine; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail,

that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: July 20, 2023                    Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

                        By       /s/ Stephanie M. Stokman
                                  STEPHANIE M. STOKMAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 20, 2023              _____
                                       ERICA P. GROSJEAN
                                       U.S. Magistrate Judge