PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ANTONI VIERYA, <br><br> Defendants. | CASE NO.  1:23-CR-00145-NODJ-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 26, 2024.

2. By this stipulation, the parties now move to vacate the confirmation date for a change of plea on April 8, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On March 14, 2024, the parties entered into and filed a Memorandum of Plea Agreement. For that reason, the parties agree that a change of plea on April 8, 2024 is appropriate. Prior to filing this stipulation, the parties conferred with the courtroom deputy for the assigned district court judge, who indicated this date is available for a change of plea.

    b) Time was previously excluded until June 26, 2024.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: March 14, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: March 14, 2024

/s/ DARRYL YOUNG

DARRYL YOUNG
Counsel for Defendant
Jose Antoni Vierya

## ORDER

  IT IS SO ORDERED that the status conference set for June 26, 2024, is vacated. A change of plea hearing is set for **April 8, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded through June 26, 2024.

IT IS SO ORDERED.

Dated: **March 14, 2024**    /s/ Barbara A. McAuliffe
               UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2