Darryl E. Young, SBN #255894
Law Office of Darryl E. Young
806 West 19th Street
Merced, California 95340
Telephone:      (209) 354-3500
Facsimile:      (209) 354-3502

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE VIEYRA,<br><br>Defendant | Case No.: 1:23-CR-0145-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 1, 2024<br>TIME:  8:30 a.m.<br>COURT: No District Judge |

**STIPULATION**

Defendant, through its counsel of record and Plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on August 26, 2024 at 8:30 a.m. before No District Court Judge.

2.   By this stipulation, defendant now moves to continue the sentencing until November 4, 2024 at 8:30 a.m. before No District Court Judge.

3.  The parties agree and stipulate, and request that the Court find the following:

   a)     Counsel for defendant desires additional time to further prepare for

   sentencing.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT - 1

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government and probation officer Benjamine Roberts do not object to the continuance.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from August 7, 2024, through November 6, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED:  August 1, 2024                    /s/ Darryl E. Young
                                          Darryl Young
                                          Attorney for Defendant
                                          Jose Vieyra

DATED:  August 1, 2024                    /s/ Stephanie Stokman
                                          STEPHANIE STOKMAN
                                          Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT - 2

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from August 26, 2024, to **November 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **August 1, 2024**                    /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT - 3