IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:23-CR-00145-1-DAD; |
|---|---|---|
| Plaintiff, | ) | Appeal №: 24-7188 |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| JOSE ANTONI VIEYRA, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that David A. Schlesinger be appointed to represent the above defendant in this case effective *nunc pro tunc* to January 8, 2025 on appeal, in place of panel attorney, Darryl Young.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **January 15, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-1-